IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:21-cv-00104-FDW-DSC

WILLIAM BRANDON WILKERSON,

        Plaintiff,

v.

SEQUIUM ASSET SOLUTIONS, LLC, EQUIFAX INFORMATION SYSTEMS, LLC, and TRANS UNION, LLC,

        Defendants.

**TRANS UNION'S DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party to the action. Counsel has a continuing duty to update this information. An executed form should be electronically filed. Plaintiff or the moving party must serve this form on the defendant(s) or respondent(s) when initial service is made:

1. Is party a publicly held corporation or other publicly held entity?

    ☐ YES    ☒ NO

2. Does party have any parent corporations?

    ☒ YES    ☐ NO

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly traded entity, own more than 10% of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

☐ YES   ☒ NO

If yes, identify all such owners:  No public company directly owns 10% or more of the stock in Trans Union LLC.  TransUnion is a publicly traded entity.  Investment funds affiliated with T. Rowe Price Group, Inc., a publicly traded entity, own more than 10% of TransUnion's stock.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

☐ YES   ☒ NO

If yes, identify entity and nature of interest: N/A_____.

5. Is party a trade association?

☐ YES   ☒ NO

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock: N/A_____.

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee: N/A_____.

DATE: April 5, 2021.

                                    Respectfully submitted,

*/s/ Robert C. deRosset*
ROBERT C. deROSSET
N.C. State Bar No. 27656
Bob.deRosset@youngmoorelaw.com
CHRISTY C. DUNN
N.C. State Bar No. 54816
Christy.Dunn@youngmoorelaw.com
YOUNG MOORE AND HENDERSON, P.A.
*Counsel for Defendant Trans Union LLC*
3101 Glenwood Avenue, Suite 200
Raleigh, NC 27612
Telephone: (919) 782-6860
Facsimile: (919) 782-6753

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following participants:

M. Shane Perry, Esq.
Collum & Perry
109 W. Statesville Avenue
Mooresville, NC 28115
shane@collumperry.com
Counsel for Plaintiff

Melanie A. Prince-Loyd, Esq.
Seyfarth Shaw, LLP
121 W. Trade Street, Ste. 2020
Charlotte, NC 28202
Mprince-loyd@seyfarth.com
Counsel for Equifax Information Services, LLC

and by mail to the following non-CM/ECF participants:

Sequium Asset Solutions, LLC
c/o Registered Agent Solutions
176 Mine Lake Court, Ste. 100
Raleigh, N.C. 27615

Date: April 5, 2021.

/s/ Christy C. Dunn
CHRISTY C. DUNN
N.C. State Bar No. 54816
YOUNG MOORE AND HENDERSON, P.A.
3101 Glenwood Avenue, Suite 200
Raleigh, NC 27612
Phone: (919) 861-5099
Fax:    (919) 782-6753
Christy.Dunn@youngmoorelaw.com
*Counsel for Trans Union LLC*